B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dettmering, Raymond L.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dettmering, Kathy M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1187** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5775** |
| Street Address of Debtor (No. and Street, City, and State):<br>**27631 S. Rt. 45**<br>**Peotone, IL**<br>ZIP Code **60468** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**27631 S. Rt. 45**<br>**Peotone, IL**<br>ZIP Code **60468** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 275**<br>**Peotone, IL**<br>ZIP Code **60468-0275** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 275**<br>**Peotone, IL**<br>ZIP Code **60468-0275** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Dettmering, Raymond L.** **Dettmering, Kathy M.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)                (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dettmering, Raymond L.**<br>**Dettmering, Kathy M.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond L. Dettmering**
Signature of Debtor **Raymond L. Dettmering**

X **/s/ Kathy M. Dettmering**
Signature of Joint Debtor **Kathy M. Dettmering**

Telephone Number (If not represented by attorney)

**June 15, 2015**
Date

**Signature of Attorney***

X **/s/ David P. Lloyd**
Signature of Attorney for Debtor(s)

**David P. Lloyd 6183542**
Printed Name of Attorney for Debtor(s)

**David P. Lloyd, Ltd.**
Firm Name

**615B S. LaGrange Rd.**
**La Grange, IL 60525**

Address

**Email: info@davidlloydlaw.com**
**708-937-1264  Fax: 708-937-1265**
Telephone Number

**June 15, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Raymond L. Dettmering
       Kathy M. Dettmering                                                            Case No.  _____

                                                 Debtor(s)       Chapter   **11**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Raymond L. Dettmering**
                              **Raymond L. Dettmering**

Date:    **June 15, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Raymond L. Dettmering                  Case No. _____
Kathy M. Dettmering

                                      Debtor(s)     Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kathy M. Dettmering**
                              **Kathy M. Dettmering**

Date:    **June 15, 2015**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Raymond L. Dettmering
       Kathy M. Dettmering

Case No. _____

                    Debtor(s)

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ally Automotive Finance**<br>PO Box 380901<br>Bloomington, MN 55438 | **Ally Automotive Finance**<br>PO Box 380901<br>Bloomington, MN 55438 | **2008 Chrysler 300** | | **18,822.00**<br><br>**(8,500.00 secured)** |
| **Bank of America**<br>PO Box 15796<br>Wilmington, DE 19886-5796 | **Bank of America**<br>PO Box 15796<br>Wilmington, DE 19886-5796 | **Money loaned** | | **7,500.00** |
| **Channel Seed** | **Channel Seed** | **Trade debt** | | **12,500.00** |
| **Chase**<br>PO Box 15153<br>Wilmington, DE 19886-5153 | **Chase**<br>PO Box 15153<br>Wilmington, DE 19886-5153 | **Money loaned** | | **7,309.00** |
| **CNH Capital**<br>PO Box 9218<br>Old Bethpage, NY 11804-9218 | **CNH Capital**<br>PO Box 9218<br>Old Bethpage, NY 11804-9218 | **Commercial debt-goods purchased** | | **15,853.00** |
| **Cooper Oil** | **Cooper Oil** | **Fuel purchases** | | **20,000.00** |
| **Discover**<br>PO Box 15316<br>Wilmington, DE 19850 | **Discover**<br>PO Box 15316<br>Wilmington, DE 19850 | **Money loaned** | | **13,421.00** |
| **Emil W. Dettmering**<br>P.O. Box 906<br>Matteson, IL 60443-0906 | **Emil W. Dettmering**<br>P.O. Box 906<br>Matteson, IL 60443-0906 | **Operating loans** | | **400,000.00** |
| **Farm & Fleet** | **Farm & Fleet** | **Goods purchased** | | **3,110.00** |
| **Farm Credit**<br>332 E. Walnut St.<br>Watseka, IL 60970 | **Farm Credit**<br>332 E. Walnut St.<br>Watseka, IL 60970 | **Equipment loan** | | **17,000.00** |
| **First Midwest Bank**<br>c/o Collins Law Firm<br>1770 Park St., Suite 220<br>Naperville, IL 60563 | **First Midwest Bank**<br>c/o Collins Law Firm<br>1770 Park St., Suite 220<br>Naperville, IL 60563 | **Machinery & equipment on list attached to Schedule B (less R65 combine)** | | **880,840.00**<br><br>**(199,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Raymond L. Dettmering**
     **Kathy M. Dettmering**          Case No.  _____

             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ford Motor Credit Corporation National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153** | **Ford Motor Credit Corporation National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153** | **2006 Ford pickup** | | **16,470.00**<br><br>**(10,000.00 secured)** |
| **IFSB** | **IFSB** | **Operating loan** | | **39,000.00** |
| **Illinois Department Employment Secu Chicago Region - Revenue 33 S. State 10th Floor Chicago, IL 60603-2802** | **Illinois Department Employment Secu Chicago Region - Revenue 33 S. State 10th Floor Chicago, IL 60603-2802** | **Unemployment taxes** | | **13,000.00** |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | **Withholding taxes** | | **14,707.00** |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | **1040 & 941 taxes** | | **370,000.00** |
| **Leasing Specialist** | **Leasing Specialist** | **Trade debt** | | **21,000.00** |
| **PHI** | **PHI** | **Operating loan** | | **125,000.00** |
| **Ron Lenington** | **Ron Lenington** | **Personal loan** | | **45,000.00** |
| **Toys R Us** | **Toys R Us** | **Goods purchased** | | **3,323.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Raymond L. Dettmering**
**Kathy M. Dettmering**
_____
Debtor(s)

Case No.   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Raymond L. Dettmering** and **Kathy M. Dettmering**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **June 15, 2015**
_____

Signature   **/s/ Raymond L. Dettmering**
**Raymond L. Dettmering**
Debtor

Date   **June 15, 2015**
_____

Signature   **/s/ Kathy M. Dettmering**
**Kathy M. Dettmering**
Joint Debtor

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

.

In re    **Raymond L. Dettmering,**                                    Case No. _____
         **Kathy M. Dettmering,**

                                          Debtors                ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence**<br>**27631 S. Rt. 45**<br>**Peotone IL 60468** | **Fee simple** | **J** | **241,400.00** | **241,400.00** |
| **Rental property**<br>**26016 S. Dixie Hwy**<br>**Crete IL  60417** | **Fee simple** | **J** | **90,600.00** | **90,600.00** |
| **Rental property**<br>**120 Wabash**<br>**Manhattan IL  60442** | **Fee simple** | **J** | **141,000.00** | **141,000.00** |
| **Lot 216**<br>**Buckley, Illinois** | | **J** | **2,500.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **475,500.00** | (Total of this page) |
| Total > | **475,500.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Raymond L. Dettmering,**                                    Case No. _____
       **Kathy M. Dettmering**
                                                              ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking First CBT DGP acct** | J | 500.00 |
| | | | **Checking BSB** | J | 100.00 |
| | | | **Savings BSB** | J | 100.00 |
| | | | **Checking State Bank of Hersher RR acct.** | J | 300.00 |
| | | | **Checking State Bank of Hersher RDSR acct** | J | 1,000.00 |
| | | | **Checking Chase Bank** | J | 100.00 |
| | | | **Checking Bank of America** | J | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary furniture & household goods** | J | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **China, trains** | J | 200.00 |
| 6. | Wearing apparel. | X | | | |

|  | Sub-Total >  | 3,900.00 |
|---|---|---|
|  | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Raymond L. Dettmering,**                                    Case No. _____
       **Kathy M. Dettmering,**
_____ ,
                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Wedding ring, fox fur** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy** | H | 3,553.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRAs** | J | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Ray Dettmering Trucking Co. 100%** | J | 0.00 |
| | | **Ameritrade account** | J | 270.00 |
| | | **Service Corp. 1,000 shares** | J | 25,800.00 |
| | | **Southern Investment Property Inc.** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | J | 84,090.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     **114,213.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Raymond L. Dettmering,**           Case No. _____
       **Kathy M. Dettmering,**

_____ ,
                          Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Dodge Ram | J | 7,000.00 |
| | | 2006 Ford pickup | J | 10,000.00 |
| | | 2008 Chrysler 300 | J | 8,500.00 |
| | | 1994 Chevrolet pickup | J | 500.00 |
| | | 1975 Cadillac Eldorado | J | 500.00 |
| | | 2008 KZ camper | J | 25,000.00 |

Sub-Total >        51,500.00
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Raymond L. Dettmering,**                          Case No. _____
**Kathy M. Dettmering,**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **CZ trailer** | **J** | **5,000.00** |
| | | **2008 Harley Davidson** | **J** | **15,000.00** |
| | | **2006 Harley Davidson** | **J** | **12,000.00** |
| | | **Farm vehicles, per attached list** | **J** | **86,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, scanner, monitor, desks & chairs** | **J** | **1,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | **Crops** | **J** | **Unknown** |
| 33. Farming equipment and implements. | | **Machinery & equipment per attached list** | **J** | **279,000.00** |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **399,000.00** |
| Total > | **568,613.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Listed as Pictured

**Semi Trucks:  All trucks considered as million miles plus.**

| | | |
|---|---|---|
| 1. | 1998  Peterbuilt  (Not running)  Conventional, sleeper, Cat. 18 speed | $ 5,000.00 |
| 2. | 1974 Peterbuilt  (Not running)  Cab-over | $   500.00 |
| 3. | 1999 Peterbuilt    Conventional, sleeper, Cat. 13 speed | $23,000.00 |
| 4. | 2002 Peterbuilt    Conventional, sleeper | $28,000.00 |
| 5. | 1998 Volvo   Conventional, sleeper | $12,000.00 |
| 6. | 1995 Kenworth   Conventional, sleeper | $18,000.00 |

**Grain Trailers:**

| | | |
|---|---|---|
| 7. | 2003 Wilson Hopper Trailer, 43' Long, 66"x96"  Roll Tarp | $20,000.00 |
| 8. | 2007 Wilson Hopper Trailer, 43' Long, 78"x102" Roll Tarp | $22,000.00 |
| 9. | 2009 Wilson Hopper Trailer, 43' Long, 78"x102" Roll Tarp | $23,000.00 |
| 10. | 2011 Wilson Hopper Trailer, 43' Long, 78"x102" Roll Tarp | $24,000.00 |
| 11. | 1973  600 Bu. Grain Pop Trailer, Rough (been in accident). | $ 1,500.00 |
| 12. | 1970  9000 Gal. Tanker, water only. | $ 2,500.00 |

**Small Trucks & Trailers:**

| | | |
|---|---|---|
| 13. | 1996 IH 4700 Box Truck, Black Lift Gate. | $ 1,500.00 |
| 14. | 1989 Chevy C70,  No Box-Hauled Salt | $   500.00 |
| 15. | 1990 Czeng  Flatbed/Ramps, 25' Pintle Hitch, Tandem Axle | $ 3,500.00 |

**Some Farm Equipment:**

| | | |
|---|---|---|
| 16. | 1970 Hyster     40' Lowboy,  Dble Drop, Outriggers | $ 3,000.00 |
| 17. | 3 Snow Plows,   Tractor Mounts, 8' V Plow, 11' Hydr. Angle-10' straight | $   800.00 |
| 18. | 1988 Glencoe 35' Soil Finisher,  Rolling Baskets  (Rough) | $   700.00 |
| 19. | Big A Sprayer,  60' Booms, Liq. Tank, Monitor | $ 5,000.00 |
| 20. | IH #496 Disk 32', 9" spacing, Spring Drag (Rough) | $ 6,000.00 |
| 21. | IH #700 Plow    7-16" Bt., Land Hitch, Missing BT. | $   600.00 |
| 22. | MC  8Row Flail Chopper | $ 1,500.00 |
| 23. | 1975 Kewanee #1820 Disk, Folding 20'  (Missing Parts) | $   300.00 |
| 24. | New Holland Manure Spreader  (Rough) | $   100.00 |
| 25. | 40,000 Bu. Grain Bin, (Dismanteled) | $ 2,000.00 |
| 26. | 1999 Mayrath #1072 Auger,  10"x72" Swing Auger, Hydr. Lift | $   700.00 |
| 27. | 18' Boat with Eay Load Trailer | $   100.00 |
| 28. | 8"x30' Auger | $   250.00 |
| 29. | IH #700 Plow,  8-18" BT, Auto Reset-Land Hitch | $   800.00 |

30. Fuel Tanks,  (2)  500Gal. & 1000 Gal. — $  300.00
31. 3 Poly Tanks — $  400.00
32. DMI Wagon/Gear (Repainted) — $  650.00
33. E-2 20' Head Carrier — $  750.00
34. 2004 Case IH #1200  16-31 Planter, No Till, Transport
35. 1989 Case IH #9170  4x4 Tractor, 6000 hrs, poor tires, 3 Point. — $12,000.00
36.
37. 1989 Case #830 Diesel Tractor, No Trans., Comfort King. — $  500.00
38. Kilbros 375 Wagon — $  400.00
39. 1980 Massey Ferguson 2805, Salvage for Parts. — $ 1,500.00
40. IH H, Narrow Front End — $  500.00
41. DMI Wagon-No Tires — $  500.00
42. Kilbros 6"x12' Wagon Auger — $  150.00
43. JD #201 Donahue Equipment Trailer — $ 1,000.00
44. 2000 AGCO #8200  30' Grain Head — $ 7,000.00
45. 1999 E-Z Trail  30' Head Carrier — $ 1,500.00
46. 1984 Deutz-Allis 820 Grain Head — $ 2,000.00
47. Kruker 3Pt Sprayer, 40', 500Gal. — $ 1,000.00
48. Hardi-Pick Up Sprayer, 40' — $  500.00
49. 1993 New Holland #785 Skid Steer, 70" Bucket — $ 4,000.00
50. Skid Steer, Forks & Post Hole Digger — $ 4,500.00
51. IH #560 Gas Tractor, Narrow Front End, (Nice) — $ 4,000.00
52. Allis #920 Diesel Mower — $  500.00
53. Lex Mark Zero Turn Mower — $ 2,000.00
54. CMS-420 J, Continous Flow Grain Dryer — $ 1,500.00
55. Shop Tools & Supplies — $ 5,000.00
56. 2003 New Holland L.B.75 BackHoe, Used for salt — $15,000.00
57. 1998 Brent 974 Light Foot Grain Cart — $ 5,000.00
58. 1986 Gleaner R6 Combine — $ 5,000.00
59. 1980 Gleaner 8-30" Corn Head — $ 1,500.00
60. 2004 Gleaner R65 Combine (Agri Star Monitor) — $80,000.00

B6C (Official Form 6C) (4/13)

.

In re    **Raymond L. Dettmering,**                                      Case No. _____

     **Kathy M. Dettmering,**

_____,

                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                 $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence** | **735 ILCS 5/12-901** | **30,000.00** | **241,400.00** |
| **27631 S. Rt. 45** | | | |
| **Peotone IL 60468** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking** | 735 ILCS 5/12-1001(b) | **500.00** | **500.00** |
| **First CBT** | | | |
| **DGP acct** | | | |
| **Checking** | 735 ILCS 5/12-1001(b) | **100.00** | **100.00** |
| **BSB** | | | |
| **Savings** | 735 ILCS 5/12-1001(b) | **100.00** | **100.00** |
| **BSB** | | | |
| **Checking** | 735 ILCS 5/12-1001(b) | **300.00** | **300.00** |
| **State Bank of Hersher** | | | |
| **RR acct.** | | | |
| **Checking** | 735 ILCS 5/12-1001(b) | **1,000.00** | **1,000.00** |
| **State Bank of Hersher** | | | |
| **RDSR acct** | | | |
| **Checking** | 735 ILCS 5/12-1001(b) | **100.00** | **100.00** |
| **Chase Bank** | | | |
| **Checking** | 735 ILCS 5/12-1001(b) | **100.00** | **100.00** |
| **Bank of America** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Ordinary furniture & household goods** | 735 ILCS 5/12-1001(b) | **1,500.00** | **1,500.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **China, trains** | 735 ILCS 5/12-1001(b) | **200.00** | **200.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding ring, fox fur** | 735 ILCS 5/12-1001(b) | **500.00** | **500.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Life insurance policy** | 735 ILCS 5/12-1001(f) | **3,553.00** | **3,553.00** |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **Ameritrade account** | 735 ILCS 5/12-1001(b) | **270.00** | **270.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1994 Chevrolet pickup** | 735 ILCS 5/12-1001(b) | **500.00** | **500.00** |
| **1975 Cadillac Eldorado** | 735 ILCS 5/12-1001(b) | **500.00** | **500.00** |
| **CZ trailer** | 735 ILCS 5/12-1001(c) | **2,400.00** | **5,000.00** |

    __1__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Raymond L. Dettmering,**                                    Case No. _____
      **Kathy M. Dettmering**

                                       Debtors                                    ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2006 Harley Davidson** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **12,000.00** |
| | **735 ILCS 5/12-1001(b)** | **2,000.00** | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computers, scanner, monitor, desks & chairs** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |

|  | Total: | **47,523.00** | **269,123.00** |
|---|---|---|---|

Sheet \_\_\_1\_\_\_ of \_\_\_1\_\_\_ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Raymond L. Dettmering,**　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Kathy M. Dettmering**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AGCO**<br>**4205 River Green Pkwy.**<br>**Duluth, GA 30096** | | J | **Purchase money security interest**<br><br>**R65 combine**<br><br>Value $　　　　**80,000.00** | | | | **13,600.00** | **0.00** |
| Account No.<br><br>**Ally Automotive Finance**<br>**PO Box 380901**<br>**Bloomington, MN 55438** | | J | **Vehicle lien**<br><br>**2008 Chrysler 300**<br><br>Value $　　　　**8,500.00** | | | | **18,822.00** | **10,322.00** |
| Account No.<br><br>**Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19886-5796** | | J | **Vehicle lien**<br><br>**2008 KZ camper**<br><br>Value $　　　　**25,000.00** | | | | **25,161.00** | **161.00** |
| Account No.<br><br>**First Midwest Bank**<br>**c/o Collins Law Firm**<br>**1770 Park St., Suite 220**<br>**Naperville, IL 60563** | | J | **Equipment lien**<br><br>**Machinery & equipment on list attached to Schedule B (less R65 combine)**<br><br>Value $　　　　**199,000.00** | | | | **880,840.00** | **681,840.00** |

　**2**　 continuation sheets attached

Subtotal　　　　　　　**938,423.00**　　　**692,323.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Raymond L. Dettmering,**
      **Kathy M. Dettmering**

Case No. _____

_____ ,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ford Motor Credit Corporation** <br>**National Bankruptcy Service Center** <br>**PO Box 537901** <br>**Livonia, MI 48153** | | J | **2006 Ford pickup** <br><br><br> Value $      **10,000.00** | | | | **16,470.00** | **6,470.00** |
| Account No. <br><br>**Harley Davidson Credit** <br>**Department 15129** <br>**Palatine, IL 60055** | | J | **Vehicle lien** <br><br>**2008 Harley Davidson** <br><br> Value $      **15,000.00** | | | | **15,570.00** | **570.00** |
| Account No. <br><br>**Heritage FS** <br>**c/o Simutis Law Offices, P.C.** <br>**123 S. Fourth St.** <br>**Watseka, IL 60970** | X | J | **Crop lien** <br><br>**Crops** <br><br> Value $      **Unknown** | | | | **450,000.00** | **Unknown** |
| Account No. <br><br>**Nationstar Mortgage** <br>**350 Highland Drive** <br>**Lewisville, TX 75067** | | J | **Mortgage** <br><br>**Residence** <br>**27631 S. Rt. 45** <br>**Peotone IL 60468** <br> Value $      **241,400.00** | | | | **241,400.00** | **0.00** |
| Account No. <br><br>**Nationstar Mortgage** <br>**350 Highland Drive** <br>**Lewisville, TX 75067** | | J | **Mortgage** <br><br>**Rental property** <br>**26016 S. Dixie Hwy** <br>**Crete IL  60417** <br> Value $      **90,600.00** | | | | **90,600.00** | **0.00** |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **814,040.00** | **7,040.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Raymond L. Dettmering,**
　　　**Kathy M. Dettmering**
_____,
　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Quicken Loans, Inc.**<br>**Attn: Client Relations**<br>**1050 Woodward Av.**<br>**Detroit, MI 48226** | | J | **Mortgage**<br><br>**Rental property**<br>**120 Wabash**<br>**Manhattan IL 60442**<br><br>Value $　　　　**141,000.00** | | | | 141,000.00 | 0.00 |
| Account No. <br><br>**Santander**<br>**PO Box 105255**<br>**Atlanta, GA 30348-5255** | | J | **Vehicle lien**<br><br>**2010 Dodge Ram**<br><br>Value $　　　　**7,000.00** | | | | 7,679.00 | 679.00 |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 148,679.00 　　679.00 |
| Total<br>(Report on Summary of Schedules) | 1,901,142.00 　　700,042.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re  **Raymond L. Dettmering,**                                                           Case No. _____
       **Kathy M. Dettmering**
_____ ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

<u>  1  </u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Raymond L. Dettmering,**
         **Kathy M. Dettmering**
                                                                    Case No. _____

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Department Employment Secu Chicago Region - Revenue 33 S. State 10th Floor Chicago, IL 60603-2802** | | J | **Unemployment taxes** | | | | **13,000.00** | 0.00 | **13,000.00** |
| Account No.<br><br>**Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | | J | **Withholding taxes** | | | | **14,707.00** | 0.00 | **14,707.00** |
| Account No.<br><br>**Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | | J | **1040 & 941 taxes** | | | | **370,000.00** | 0.00 | **370,000.00** |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **397,707.00** | 0.00 / **397,707.00** |
| Total (Report on Summary of Schedules) | **397,707.00** | 0.00 / **397,707.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Raymond L. Dettmering,**                                                    Case No. _____
         **Kathy M. Dettmering**
_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Carol Jean Geary**<br>**9725 S. Ridgeway Av.**<br>**Evergreen Park, IL 60805** | **Farm lease: Farm #6134, Deer Creek golf course, 52.4 acres** |
| **Enid Powell**<br>**3860 W. 95th St.**<br>**Evergreen Park, IL 60805** | **Farm lease: West of I-57, Monee, Illinois: 5 acres** |
| **Mary & Michael Kenny** | **Farm leases: Will Center West, 71.3 acres; CC Hills, 11 acres; CC Hills, 5.5 acres; Schoenbeck, 193.59 acres; Hamilton Farm, 71.1 acres; Library/S & E of school, 46.71 acres** |
| **Thomas Powell Jr.**<br>**3860 W. 95th St.**<br>**Evergreen Park, IL 60805** | **Farm leases: Farm #7474, Hamilton Farm, 34 acres; Farm #7003, soccer field, 7.49 acres** |
| **Thomas Powell Sr.**<br>**2860 W. 95th St.**<br>**Evergreen Park, IL 60805** | **Farm leases: Farm #7474, Churchill, 183 acres; Farm #5585, University Park, Illinois, 45.67 acres; Farm #7003, soccer field, 9.91 acres** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Raymond L. Dettmering,**
     **Kathy M. Dettmering**

Case No. _____

_____ ,
                     Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carol Moenck**<br>**2595 N. State Rte. 49**<br>**Clifton, IL 60927** | **Heritage FS**<br>**c/o Simutis Law Offices, P.C.**<br>**123 S. Fourth St.**<br>**Watseka, IL 60970** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Raymond L. Dettmering**
**Kathy M. Dettmering**
           Debtor(s)

Case No. _____

Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**28**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 15, 2015** _____      Signature    **/s/ Raymond L. Dettmering** _____
                                                     **Raymond L. Dettmering**
                                                     Debtor

Date   **June 15, 2015** _____      Signature    **/s/ Kathy M. Dettmering** _____
                                                     **Kathy M. Dettmering**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Raymond L. Dettmering**
**Kathy M. Dettmering**                        Case No.

Debtor(s)        Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 10,000.00 |
| Prior to the filing of this statement I have received | $ 10,000.00 |
| Balance Due | $ 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    □ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    □ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All services required by local Rule.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **The stated fee is an initial payment toward Debtor's counsel's fees, and the attorney expects to file interim or final fee petitions for all fees earned in this case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 15, 2015**              **/s/ David P. Lloyd**
                                        **David P. Lloyd**
                                        **David P. Lloyd, Ltd.**
                                        **615B S. LaGrange Rd.**
                                        **La Grange, IL 60525**
                                        **708-937-1264  Fax: 708-937-1265**
                                        **info@davidlloydlaw.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Raymond L. Dettmering**
      **Kathy M. Dettmering**                 Case No. _____

                               Debtor(s)       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **41**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 15, 2015** _____      **/s/ Raymond L. Dettmering** _____
                                    **Raymond L. Dettmering**
                                    Signature of Debtor

Date:    **June 15, 2015** _____      **/s/ Kathy M. Dettmering** _____
                                    **Kathy M. Dettmering**
                                    Signature of Debtor

AGCO
4205 River Green Pkwy.
Duluth, GA 30096


Ally Automotive Finance
PO Box 380901
Bloomington, MN 55438


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Carol Jean Geary
9725 S. Ridgeway Av.
Evergreen Park, IL 60805


Carol Moenck
2595 N. State Rte. 49
Clifton, IL 60927


Channel Seed


Chase
PO Box 15153
Wilmington, DE 19886-5153


Chase BP
PO Box 15298
Wilmington, DE 19850


Citibank (South Dakota) N.A.
Citi Cards
PO Box 688901
Des Moines, IA 50368-8901


CNH Capital
PO Box 9218
Old Bethpage, NY 11804-9218


Cooper Oil

Discover
PO Box 15316
Wilmington, DE 19850


Emil W. Dettmering
P.O. Box 906
Matteson, IL 60443-0906


Enid Powell
3860 W. 95th St.
Evergreen Park, IL 60805


Farm & Fleet


Farm Credit
332 E. Walnut St.
Watseka, IL 60970


First Midwest Bank
c/o Collins Law Firm
1770 Park St., Suite 220
Naperville, IL 60563


First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68197


Ford Motor Credit Corporation
National Bankruptcy Service Center
PO Box 537901
Livonia, MI 48153


Harley Davidson Credit
Department 15129
Palatine, IL 60055


Heritage FS
c/o Simutis Law Offices, P.C.
123 S. Fourth St.
Watseka, IL 60970


Home Appliance

IFSB


Illinois Department Employment Secu
Chicago Region - Revenue
33 S. State 10th Floor
Chicago, IL 60603-2802


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


JC Penney
PO Box 965009
Orlando, FL 32896-5009


Leasing Specialist


Lowes/GECRB
PO Box 530914
Atlanta, GA 30353-0914


Mary & Michael Kenny


Menards
HSBC Retail Services
P.O. Box 17602


Nationstar Mortgage
350 Highland Drive
Lewisville, TX 75067


PHI

Quicken Loans, Inc.
Attn: Client Relations
1050 Woodward Av.
Detroit, MI 48226


Ron Lenington


Santander
PO Box 105255
Atlanta, GA 30348-5255


Sears MasterCard
PO Box 183082
Columbus, OH 43218-3082


Target
PO Box 660170
Dallas, TX 75266-0170


Thomas Powell Jr.
3860 W. 95th St.
Evergreen Park, IL 60805


Thomas Powell Sr.
2860 W. 95th St.
Evergreen Park, IL 60805


Toys R Us